WALTER L. UNDERHILL, Appellant, v. DAVID SLUTZKY, Respondent.—Appeals by plaintiff in an action for damages for personal injuries (a) from a judgment in favor of defendant, entered on a jury verdict, and (b) from an order denying plaintiff's motion to set aside the verdict and for a new trial. Judgment and order unanimously affirmed, with costs. The prior inconsistent written statement of one of the witnesses was properly received in evidence to impeach him (Civ. Prac. Act, § 343-a) and was competent for that purpose only. There was an erroneous instruction by the court in relation to the statement; plaintiff did not except to that instruction but in effect expressly endorsed the charge, which became the law

of the case. (*Cooper* v. *Brooklyn & Queens T. Corp.* 249 App. Div. 774; *Pettis* v. *New York State Electric & Gas Corp.*, Id. 487, 490; *Halpin* v. *New York Railways Corp.*, 250 id. 613, 615; and *vide Fitzpatrick* v. *International Ry. Co.*, 252 N. Y. 127, 141.) A party may avoid the foregoing rule only by showing that he did not have a fair trial. (*Haefeli* v. *Woodrich Engineering Co.*, 255 N. Y. 442, 445, 446; *Muldoon* v. *Dock Contractor Co.*, 199 App. Div. 733.) The record here does not disclose that plaintiff did not have a fair trial, but quite the contrary. The alleged error complained of in the charge did not affect a substantial right, and must be disregarded. (Civ. Prac. Act, § 106.) Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.